IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LYLE TARKINGTON,

    Plaintiff,                    No. CIV S-06-1021 RRB DAD P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.            <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of December 12, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's January 4, 2008 request for an extension of time is granted; and

    2. Plaintiff is granted twenty days from the date of this order in which to file a second amended complaint.

DATED: January 10, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
tark1021.36sac